UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                    Case No. 1:09-CR-296

v.                                                HON. ROBERT HOLMES BELL

CHADRICK J. GRIFFIN,

      Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Chadrick J. Griffin has filed a motion for modification or reduction of sentence (ECF No. 64) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

However, because the guidelines for an Armed Career Criminal were higher than the drug guidelines, the guidelines do not change as a result of Amendment 782. Therefore, the Probation Department has found Defendant ineligible for a reduction in sentence under Guideline Amendment 782. No objections to the Report of Eligibility have been filed.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 64) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.


Dated: <u>May 3, 2016</u>                                        /s/ Robert Holmes Bell
                                                                                   ROBERT HOLMES BELL
                                                                                    UNITED STATES DISTRICT JUDGE